**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-2327

_____

W&M PROPERTIES, INCORPORATED OF VIRGINIA,
d/b/a Merrifield Village Apartment Company,

Plaintiff - Appellee,

versus

CAROLYN A. MILLIGAN; JOHNNY MILLIGAN,

Defendants - Appellants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-04-981-1)

_____

Submitted:  January 13, 2005        Decided:  January 19, 2005

_____

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Carolyn A. Milligan, Johnny Milligan, Appellants Pro Se. Andrew
Greenleaf Lawrence, Fairfax, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnny L. Milligan and Carolyn A. Milligan seek to appeal the district court's order granting plaintiff's motion and remanding this action to state court because the notice of removal was not timely filed and for lack of federal jurisdiction. The district court's remand order is not reviewable. See 28 U.S.C. § 1447(d) (2000). We therefore dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED